FILED'08 AUG 11 11:45 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CR 03-273-01-HA |
| v. | **ORDER REDUCING SENTENCE** |
| **ADNAN WAHIB FARES,** <br> **Defendant.** | |

This matter having come before the Court upon motion of the United States for a Reduction of Sentence pursuant to Federal Rule of Criminal Procedure 35,

IT IS HEREBY ORDERED that the term of imprisonment originally imposed based on convictions in Counts 1 and 6 of the superseding indictment is reduced to 97 months;

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.

DATED this 11 day of August 2008.

_____
ANCER L. HAGGERTY
United States Chief District Judge

Presented by:

KARIN J. IMMERGUT
United States Attorney

*s/ Kemp L. Strickland*
_____
KEMP L. STRICKLAND, OSB #961185
Assistant United States Attorney